RAJAH LIQUORS, PETITIONER, v. DIVISION OF ALCO-
HOLIC BEVERAGE CONTROL, *ET AL.*, RESPONDENTS.

See same case below: 33 *N. J. Super.* 598.

*Mr. Morris H. Schnitzer* for the petitioner.

*Mr. Grover C. Richman, Jr., Mr. Samuel B. Helfand* and *Mr. Robert C. Gruhin* for the respondents.

May 2, 1955.   Denied.